# Third District Court of Appeal

## State of Florida

Opinion filed October 30, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0126
Lower Tribunal No. 24-519
_____

**Samuel Lee Smith, Jr.,**
Appellant,

vs.

**Officer J. Gonzalez,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Alicia Garcia Priovolos and Yara Lorenzo Klukas, Judges.

Samuel Lee Smith, Jr., in proper person.

No Appearance, for appellee.

Before FERNANDEZ, BOKOR and GOODEN, JJ.

PER CURIAM.

Affirmed.  See Pickett v. Copeland, 236 So. 3d 1142, 1146 (Fla. 1st DCA 2018) (explaining petitioner must demonstrate that the course of inappropriate conduct alleged as stalking, of which he complains, serves no legitimate purpose).